**WHITE v. WHITE**

[357 N.C. 153 (2003)]

DAVID W. WHITE v. KATHY H. WHITE

No. 463A02

(Filed 2 May 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 152 N.C. App. 588, 568 S.E.2d 283 (2002), affirming in part, reversing in part, and remanding an order entered 21 March 2001, *nunc pro tunc* 28 February 2001, and an order entered 10 April 2001, *nunc pro tunc* 3 April 2001, by Judge J.H. Corpening, II, in District Court, New Hanover County. Heard in the Supreme Court 12 March 2003.

*Hosford & Hosford, P.L.L.C., by Sofie W. Hosford, for plaintiff-appellant.*

*Lea, Clyburn & Rhine, by James W. Lea, III, and Lori W. Rosbrugh, for defendant-appellee.*

PER CURIAM.

AFFIRMED.